UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

LIONEL WILLIAMS,

                        Petitioner,

         -against-

DONALD J. UHLER,

                        Respondent.

------------------------------------------------------------------X

**ORDER**

25 Civ. 6116 (NSR)(JCM)

On June 17, 2025, Petitioner Lionel Williams ("Petitioner"), proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 ("Petition"). (Docket No. 1). On January 12, 2026, Orange County District Attorney David M. Hoovler, on behalf of Respondent Donald J. Uhler, ("Respondent") opposed the Petition, (Docket No. 17), and Petitioner filed a reply on January 29, 2026, (Docket No. 18).

There appear to be several transcripts missing from the record filed with the Court. In Respondent's memorandum of law, there are citations to transcripts from Plaintiff's trial, which have not been provided to the Court. (*See* Docket No. 17 at 8-25). Respondent also lists approximately 1,757 pages of transcripts in the record of exhibits, (*id.* at 4-5), but he did not include them. The exhibits filed with the Court only contain transcripts from two May 2, 2019 proceedings. (*See* Docket Nos. 17-2 at 40-99, 17-3 at 12-22). Under Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts, Respondent must furnish the Court with all relevant transcripts.

Accordingly, by March 6, 2026, Respondent is directed to file copies of all relevant transcripts, including those listed in the record of exhibits. (Docket No. 17 at 4-5).

- 2 -

The Clerk is respectfully requested to mail a copy of this order to the *pro se* Petitioner.

Dated: February 25, 2026
       White Plains, New York

                                            **SO ORDERED**:

JUDITH C. McCARTHY
United States Magistrate Judge