**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
LIONEL WILLIAMS,

                           Petitioner,                  25 **CIVIL** 6116 (NSR)(JCM)

         -against-                        **JUDGMENT**

DONALD J. UHLER, SUPERINTENDENT,
N.Y.S. D.O.C.C.S.,

                           Respondent.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 18, 2026, the Court finds no clear error on the face of the record. Accordingly, the Court has adopted Judge McCarthy's R&R in its entirety. The petition for a writ of habeas corpus is DENIED, and this action is DISMISSED. Because Petitioner has not made a "substantial showing of the denial of a constitutional right," a certificate of appealability will not issue. See 28 U.S.C. § 2253(c)(2). The Court further certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Opinion and Order would not be taken in good faith, and therefore in forma pauperis status is denied for purposes of an appeal; accordingly, the case is closed.

**DATED:** New York, New York
          June 22, 2026

                                       **TAMMI M. HELLWIG**
                              _____
                                       **Clerk of Court**

               **BY:**     K. Mango
                                       _____
                                       **Deputy Clerk**